# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142234(51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAURICE ANTHONY RICHARDS,
      Defendant-Appellant.

_____

SC: 142234
COA: 293285
Macomb CC: 2009-000434-FC

On order of the Chief Justice, the motion by defendant-appellant for extension to September 7, 2011 of the time for filing his brief on appeal is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk